[No. 46052-8-I. Division One. February 20, 2001.]

Tovah Corporation, *Appellant*, v. The City of Issaquah, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28694-8, Jim Bates, J., entered October 25, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Appelwick, J.

[No. 46316-1-I. Division One. February 20, 2001.]

Hee-Joo Park, *Appellant*, v. The Employment Security Department, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-08343-1, Jay V. White, J., entered January 20, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Webster, JJ.